**Order entered September 30, 2019**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-18-00163-CV**
**No. 05-18-00164-CV**

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants' September 24, 2019 "objection to filing of appellees Rohlf and Goodman brief and motion to extend appellants' reply brief." Appellants assert the responsive brief of appellees David Rohlf and Michael Goodman was "filed late without permission of the Court" and ask we strike the brief. Alternatively, they ask for a thirty-day extension to reply to the brief.

Because the responsive brief was timely filed in accordance with Texas Rule of Appellate Procedure 4.1(a), we **DENY** the request that the brief be stricken. *See* TEX. R. APP. P. 4.1(a). We **GRANT** the extension request and **ORDER** appellants to file their brief in reply to Rohlf and Goodman's brief no later than October 28, 2019.

/s/     BILL WHITEHILL
        JUSTICE